# UNITED STATES DISTRICT COURT

DISTRICT OF Colorado

UNITED STATES OF AMERICA
V.

Jordan Tyler Malick

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: 09-mj-01024

CHARGING DISTRICTS CASE NUMBER: 08-40088-01

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the District of Kansas ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the U.S. District Court, 444 SE. Quincy, 4th Floor Room 470 - Topeka, KS *Place and Address* for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) 444 SE. Quincy 4th Floor Room 470 Topeka, KS report to pretrial services on 2-17-09 10:00am at 9:40am
*Date and Time*

_____
Signature of Judge

KATHLEEN M. TAFOYA
United States Magistrate Judge
*Name of Judge* *Title of Judge*

2-10-2009
*Date*